**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| SHERI GAULDIN ALLRED, | § | |
| | § | |
| *Plaintiff*, | § | **CIVIL ACTION NO. 4:26-CV-853** |
| | § | |
| v. | § | |
| | § | |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTATION, | § | **JUDGE MICHAEL TRUNCALE** |
| | § | |
| | § | |
| *Defendant*. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The court received and considered the Report and Recommendation of United States Magistrate Judge Zack Hawthorn (Dkt. #9) recommending that Defendant's Unopposed Motion to Remand (Dkt. #7) be granted and that this action be remanded to the Commissioner of Social Security pursuant to the fourth sentence of 42 U.S.C. § 405(g). No objections to the Report and Recommendation have been filed, and the time for doing so has expired.

The court concludes that the findings and conclusions of the magistrate judge are correct. Accordingly, the Report and Recommendation of the magistrate judge is **ADOPTED**. It is further

**ORDERED** that Defendant's Unopposed Motion to Remand (Dkt. #7) is **GRANTED**. The decision of the Commissioner of Social Security is **REMANDED** to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings.

A final judgment will be entered separately.

**SIGNED this 12th day of November, 2026.**

Michael J. Truncale
United States District Judge